### KRICK v. JANSEN.

(Circuit Court, S. D. New York. January 4, 1894.)

PATENTS—INVENTION—FLORAL DESIGNS.

 The Krick patent, No. 408,416, for a floral design, consisting of a foundation having holes in it, combined with picks for holding the flowers in position, shows patentable invention.

In Equity. Suit by William C. Krick against Edward Jansen for infringement of a patent. A demurrer to the bill was heretofore overruled. 52 Fed. 823. Decree for plaintiff.

Isaac S. McGiehan, for plaintiff.
Louis C. Raegener, for defendant.

WHEELER, District Judge. If the plaintiff's patent, No. 408,416, dated August 6, 1889, for a floral letter or design, was for the letter merely, consisting of the foundation, covered with flowers, as described, it would be anticipated, and void. But it is for such letters in combination with the holes and picks for holding them in position on large floral pieces. This combination seems to be new, and quite useful. It did not involve great invention; but great-

ness is not required for patentability. It seems to be sufficient for that.

The defendant's letters have not holes through the foundation for attaching the picks to them, but have the picks at the edges of, and over, the foundation, attaching them to it in a manner equivalent to that. This does not appear to be a successful evasion of the patent. He seems to have taken the substance of the plaintiff's invention.

Let a decree be entered for the plaintiff.